IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

UNITED STATES OF AMERICA

v.                                            Cause No. 3:19-CR-127-CWR-LRA-001

RODERICK DUNSHAW TINGLE

ORDER GRANTING IN PART UNITED STATES OF AMERICA'S MOTION [50]
TO AUTHORIZE PAYMENT FROM INMATE TRUST ACCOUNT

THIS CAUSE comes for consideration upon the United States of America's Motion [50],

pursuant to 18 U.S.C. §§ 3613(a) and 3664(n), requesting that the Court order the Bureau of Prisons

to turn over $800.00 to the Clerk of Court from funds held in Roderick Dunshaw Tingle's inmate

trust account as payment for the criminal monetary penalties imposed in this case. As set forth in the

United States' Motion, the Bureau of Prisons maintains in its possession, custody, or control, over

and above, $800.00 in funds belonging to Tingle that are currently in his inmate trust account.

The Court finds the motion is well-taken and due to be granted in part.  Bureau of

Prisons shall transfer $400.00 of Tingle's funds to the Clerk of Court as partial payment towards

his fines. This Court reminds Tingle that, like most defendants, the remaining balance must be

paid during his term of supervision. Failure to pay the remaining balance during that time may

result in revocation.

THEREFORE, IT IS HEREBY ORDERED that the United States' Motion to Authorize

Payment from Inmate Trust Account is GRANTED IN PART;

IT IS FURTHER ORDERED that the Bureau of Prisons shall turn over to the United

States District Clerk of Court, 501 E. Court Street, Suite 2.500, Jackson, MS  39201, and the

Clerk of Court shall accept $400.00 in funds currently held in the inmate trust account for the

following inmate:

Roderick Dunshaw Tingle - Register No. 21663-043

The Clerk of Court shall apply these funds as payment toward the criminal monetary

penalties owed by Defendant in this case.

SO ORDERED this the 25th day of October, 2021.

s/ Carlton W. Reeves
HONORABLE CARLTON W. REEVES
UNITED STATES DISTRICT JUDGE